KAREN ASPLUND VELEZ, ESQ. (SBN 142287)
MARK P. VELEZ, ESQ. (SBN 163484)
KELLEN CROWE, ESQ. (SBN 289820)
**THE VELEZ LAW FIRM**
6940 Destiny Drive
Rocklin, California 95677
Telephone:  (916) 774-2720
Facsimile:  (916) 774-2730

Attorneys for Plaintiffs DARWIN CROSBY, ET AL

ROBERT L. ZALETEL, ESQ. (SBN 96262)
ANGELA J. RAFOTH, ESQ. (SBN 241966)
**LITTLER MENDELSON, P.C.**
650 California Street, 20th Floor
San Francisco, California 94108
Telephone:  (415) 433-1940
Facsimile:  (415) 399-8490

TARUN MEHTA, ESQ. (SBN 262886)
**LITTLER MENDELSON, P.C.**
Treat Towers
1255 Treat Boulevard
Walnut Creek, California 94597
Telephone:  (925) 932-2468
Facsimile:  (925) 946-9809

Attorneys for Defendant SAVE MART SUPERMARKETS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DARWIN CROSBY, BENJAMIN STRONG, and MARKEITH JONES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAVE MART SUPERMARKETS, INC., a California corporation and DOES 1 through 50,<br><br>Defendants. | Case No.: 2:15-cv-00321-GEB-KJN<br><br>**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS BENJAMIN STRONG AND MARKEITH JONES ONLY; PROPOSED ORDER** |

STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS BENJAMIN STRONG AND MARKEITH JONES ONLY; PROPOSED ORDER

1

1  TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2      WHEREAS, ONLY Plaintiffs BENJAMIN STRONG and MARKIETH JONES have

3  resolved their claims against Defendant SAVE MART SUPERMARKETS ("Defendant").

4  Pursuant to Rule 41 of the Federal Rules of Civil Procedure, Plaintiffs BENJAMIN STRONG

5  AND MARKIETH JONES ONLY, and Defendant SAVE MART hereby stipulate and request

6  that Plaintiffs BENJAMIN STRONG and MARKIETH JONES ONLY be dismissed with

7  prejudice.  All parties to bear their own costs and attorneys' fees.

    **So stipulated:**

DATED: February 23, 2015                      THE VELEZ LAW FIRM

                                                  /s/ Mark P. Velez_____
                                                  By: Mark P. Velez, Esq.
                                                  Kellen Crowe, Esq.
                                                  Attorneys for Plaintiffs
                                                  DARWIN CROSBY, ET AL

DATED: February 23, 2015                      THE VELEZ LAW FIRM

                                                  /s/ Robert L. Zaletel_____
                                                  Robert L. Zaletel, Esq.
                                                  Angela Rafoth, Esq.
                                                  Tarun Mehta, Esq.
                                                  Attorneys for Defendant
                                                  SAVE MART SUPERMARKETS

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  March 10, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge