KAREN ASPLUND VELEZ, ESQ. (SBN 142287)
MARK P. VELEZ, ESQ. (SBN 163484)
KELLEN CROWE, ESQ. (SBN 289820)
THE VELEZ LAW FIRM
6940 Destiny Drive
Rocklin, California 95677
Telephone: (916) 774-2720
Facsimile: (916) 774-2730

Attorneys for Plaintiffs DARWIN CROSBY, ET AL

ROBERT L. ZALETEL, ESQ. (SBN 96262)
ANGELA J. RAFOTH, ESQ. (SBN 241966)
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, California 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490

TARUN MEHTA, ESQ. (SBN 262886)
LITTLER MENDELSON, P.C.
Treat Towers
1255 Treat Boulevard
Walnut Creek, California 94597
Telephone: (925) 932-2468
Facsimile: (925) 946-9809

Attorneys for Defendant SAVE MART SUPERMARKETS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARWIN CROSBY, BENJAMIN STRONG, and MARKEITH JONES, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br> v. <br><br> SAVE MART SUPERMARKETS, INC., a California corporation and DOES 1 through 50, <br><br> Defendants. | Case No.: 2:15-cv-00321-GEB-KJN <br><br> STIPULATION AND ORDER GRANTING PLAINTIFF CROSBY LEAVE TO AMEND RESPONSES TO REQUEST FOR ADMISSION <br><br> [Fed. R. Civ. P. 36(b)] |

STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF CROSBY LEAVE TO AMEND
RESPONSES TO REQUEST FOR ADMISSION

1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

WHEREAS, on December 5, 2014, Defendant SAVE MART SUPERMARKETS ("Defendant") served Plaintiff Darwin Crosby with Request for Admission, Set One.

WHEREAS, on January 19, 2015, Plaintiff Crosby served his verified response.

WHEREAS, on February 9, 2015, Defendant removed the case to this Court asserting federal question subject matter jurisdiction based on Plaintiff Crosby's admissions that he was pursuing a claim under the federal Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 et seq.

WHEREAS, on February 10, 2015, Plaintiffs' counsel met and conferred with Defendant's counsel and asserted that Plaintiff Crosby's response to Defendant's Request for Admission, Set One was erroneous.

WHEREAS, on February 16, 2015, Plaintiff Crosby submitted a proposed amended response to Defendant's Request for Admission, Set One, a copy of which is attached as Exhibit A. The proposed amendment changed Plaintiff Crosby's response to admit that he did not claim any violations of the FMLA.

WHEREAS Plaintiff Crosby's proposed amended response to Request for Admission, Set One, would remove Plaintiff Crosby's only claim brought under federal law from the case.

WHEREAS, the Parties stipulate to an order allowing the amendments of Plaintiff Crosby's admissions attached as Exhibit A pursuant to Federal Rule of Civil Procedure 36, subdivision (b).

WHEREAS, the Parties disagree as to whether the Court should exercise its discretion to retain jurisdiction over this case. Plaintiffs assert the case should be remanded, and Defendant asserts the Court should retain jurisdiction. *Nishimoto v. Federman-Bachrach & Associates*, 903 F.2d 709, 715 (9th Cir. 1990).

WHEREAS, this stipulation and proposed order is without prejudice to either Parties' position with respect to Plaintiffs' anticipated remand motion to be filed if the Court grants the order requested.

So stipulated:

Dated: February 26

THE VELEZ LAW FIRM

By: Mark P. Velez, Esq.
Kellen Crowe, Esq.
Attorneys for Plaintiffs
DARWIN CROSBY, ET AL

///

Dated: February 26, 2015

LITTLER MENDELSON, P.C.

*[signature]*

Robert L. Zaletel, Esq.
Angela Rafoth, Esq.
Tarun Mehta, Esq.
Attorneys for Defendant
SAVE MART SUPERMARKETS

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Plaintiff DARWIN CROSBY is hereby granted leave to amend his response to Defendant SAVE MART SUPERMARKETS' Request for Admission, Set One as set forth in Exhibit A to this stipulation and proposed order.

Dated: March 17, 2015

*[signature]*

HONORABLE GARLAND E. BURRELL, JR.
UNITED STATES DISTRICT JUDGE

**Exhibit A**

KAREN ASPLUND VELEZ, ESQ. (SBN 142287)
MARK P. VELEZ, ESQ. (SBN 163484)
KELLEN CROWE, ESQ. (SBN 289820)
THE VELEZ LAW FIRM
6940 Destiny Drive
Rocklin, California 95677
Telephone: (916) 774-2720
Facsimile: (916) 774-2730

Attorneys for Plaintiff DARWIN CROSBY, ET AL.

SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF PLACER

| | |
|---|---|
| DARWIN CROSBY, BENJAMIN STRONG, MARKEITH JONES, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>SAVE MART SUPERMARKETS, INC., a California corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. SCV-0034862<br><br>PLAINTIFF'S AMENDED OBJECTIONS AND RESPONSES TO DEFENDANT SAVE MART SUPERMARKETS' REQUEST FOR ADMISSIONS, SET ONE TO PLAINTIFF DARWIN CROSBY |

PROPOUNDING PARTY:   Defendant SAVE MART SUPERMARKETS, INC.

RESPONDING PARTY:    Plaintiff DARWIN CROSBY

SET NO.              ONE (1)

Pursuant to Code of Civil Procedure Section 2033.210 *et. seq.*, Plaintiff DARWIN CROSBY hereby amends his responses to Defendant SAVE MART SUPERMARKETS' Requests for Admission Set One, as follows:

Responding party has not completed investigation of the facts relating to the case, has not completed discovery in this action and has not completed preparation for trial. The following responses by objection are given without prejudice to responding party's right to produce any evidence of any subsequently discovered facts.

THE VELEZ LAW FIRM
Attorneys at Law
6940 Destiny Drive
Rocklin, CA 95677

Plaintiff's Amended Objections and Responses to Defendant SAVE MART SUPERMARKETS' Request for Admissions, Set One to Plaintiff DARWIN CROSBY

1

1 | **REQUEST FOR ADMISSION NO. 1:**

2 | Plaintiff Darwin Crosby is not pursuing a claim under the Family and Medical Leave Act
3 | of 1993, 29 U.S.C. section 2601 *et. seq.* in this lawsuit.

4 | **RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

5 | Plaintiff objects to this request on the grounds that it seeks counsel's legal reasoning,
6 | theory, or statutory basis supporting a factual contention. (Sav-On-Drugs, Inc. v. Superior Court
7 | (1975) 15 Cal.3d 1.) Plaintiff further objects on the ground the request seeks counsel's work
8 | product through counsel's thought processes. (Rumac, Inc. v. Bottomley (1983) 143 Cal.App.3d
9 | 810; see also Burke v. Superior Court (1969) 71 Cal.2d 276.) Further, Plaintiff does not waive
10 | his right to amend his complaint prior to or during trial under Code of Civil Procedure sections
11 | 473(a)(1) and 576. Subject to, and without waiving, said objections, Plaintiff responds as
12 | follows:

13 | Denied.

14 | **AMENDED RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

15 | Admit.

16 | **REQUEST FOR ADMISSION NO. 2:**

17 | Plaintiff Darwin Crosby is not pursuing a claim under the California Family Rights Act,
18 | Government Code section 12945.1 et seq., in this lawsuit.

19 | **RESPONSE TO REQUEST FOR ADMISSION NO. 1:**

20 | Plaintiff objects to this request on the grounds that it seeks counsel's legal reasoning,
21 | theory, or statutory basis supporting a factual contention. (Sav-On-Drugs, Inc. v. Superior Court
22 | (1975) 15 Cal.3d 1.) Plaintiff further objects on the ground the request seeks counsel's work
23 | product through counsel's thought processes. (Rumac, Inc. v. Bottomley (1983) 143 Cal.App.3d
24 | 810; see also Burke v. Superior Court (1969) 71 Cal.2d 276.) Further, Plaintiff does not waive
25 | his right to amend his complaint prior to or during trial under Code of Civil Procedure sections
26 | 473(a)(1) and 576. Subject to, and without waiving, said objections, Plaintiff responds as
27 | follows:

28 | Denied.

THE VELEZ LAW FIRM
Attorneys at Law
6940 Destiny Drive
Rocklin, CA 95677

Plaintiff's Amended Objections and Responses to Defendant SAVE MART SUPERMARKETS' Request for Admissions, Set One to Plaintiff DARWIN CROSBY

2

| | |
|---|---|
| 1   Dated: February 13, 2015 | THE VELEZ LAW FIRM |
| 2 | |
| 3 | By: *Mark P. Velez, Esq.* for Mark Velez |
| 4 | Attorneys for Plaintiff CROSBY, ET AL. |

THE VELEZ
LAW FIRM
Attorneys at Law
6940 Destiny Drive
Rocklin, CA 95677

Plaintiff's Amended Objections and Responses to Defendant SAVE MART SUPERMARKETS'
Request for Admissions, Set One to Plaintiff DARWIN CROSBY

3